No. 73830

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73490 |
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73536 |
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73537 |
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73597 |
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73598 |
| GIOVANNI KOHLER KURTZE,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73599 |

FILED

NOV 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

17-39734

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73675 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73680 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73681 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73742 |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73830 ✓ |
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 73847 |

SUPREME COURT
OF
NEVADA

(O) 1947A

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 73973

---

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 73974

---

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74039

---

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74040

---

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74041

---

GIOVANNI KOHLER KURTZE,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74042

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74043 |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74044 |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74189 |
| GIOVANNI KOHLER KURTZE,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74252 |

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying/dismissing motions for expenses for legal supplies and legal phone calls, denying motions for extensions of time to file pretrial petitions for writs of habeas corpus, denying "motion[s] for courts to order Randall Bolelli Special Agent of the FBI of Las Vegas to investigate a federal crime," denying pretrial petitions for writs of habeas corpus, denying a motion to suppress witness statements and testimony, denying a motion to suppress evidence and return the property to defendant, denying a motion to

SUPREME COURT
OF
NEVADA

(O) 1947A

disqualify, resetting the jury trial, denying motions to dismiss standby counsel and appoint alternative counsel, denying a motion for qualification of jury selection, denying a "motion on qualifications of prosecutor presenting defendants character in guilt phase of trial," granting in part, denying in part a "motion for Joe Lombardo Sheriff of Clark County Department of Internal Affairs to release documents," and denying a motion for recusal.

Our review of these appeals reveals jurisdictional defects. No statute or court rule provides for an appeal from the aforementioned orders. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *see also Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (order denying pretrial habeas relief is an intermediate order that may be challenged in a timely appeal from the judgment of conviction); NRS 177.015(2) (only the state may appeal from a pretrial order granting or denying a motion to suppress evidence). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

 

cc: Hon, Jennifer P. Togliatti, District Judge
Hon. Eric Johnson, District Judge
Giovanni Kohler Kurtze
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Special Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A